IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES MICHAEL JONES | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv329 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION REGARDING VENUE

Petitioner James Michael Jones, an inmate confined in the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

### Discussion

Petitioner states that in 2022, he was convicted of aggravated assault in the 8th District Court of Franklin County, Texas.  He was sentenced to 30 years of imprisonment.

Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition in the judicial district in which he was convicted or the district in which he is incarcerated.  As petitioner was convicted within this district and is incarcerated within this district, this court has jurisdiction over the petition.

However, while Franklin County, where plaintiff was convicted, is located within the Eastern District of Texas, it is in the Texarkana  Division, rather than the Beaumont Division.  As a result, this case should be transferred to the Texarkana Division of this court.

### ORDER

For the reasons set forth above, this petition for writ of habeas corpus is **TRANSFERRED** to the Texarkana Division of this court.

SIGNED this 15th day of August, 2024.

_____
Zack Hawthorn
United States Magistrate Judge